August 23, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

LAURIE POE, Appellant

NO. 14-15-00674-CV                         V.

OMNI FLOW COMPUTERS, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Omni Flow Computers, Inc., signed June 23, 2015, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting summary judgment on appellant Laurie Poe's claims for unpaid commissions from the first quarter of 2012 over which the Texas Workforce Commission lacked jurisdiction. We therefore order that the portion of the judgment that granted summary judgment on those claims is **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.